IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-HC-02111-FL

**United States of America**,

v.

**Norman Paul Felts**,

               Respondent

**Order**

This matter is set for a hearing on Respondent's motion to substitute counsel (D.E. 58) on February 13, 2023 at 1:30 p.m.

Before the court is Respondent's motion to appear at the hearing by videoconference or, alternatively, to transport him to the hearing and return him to FMC Butner on the same day. D.E. 69.

The court denies the motion (D.E. 69).

Dated: February 6, 2023.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE